TITLE GUARANTY & SURETY CO. v. SLINKER.

No. 3093.     Opinion Filed December 3, 1912.

(128 Pac. 698.)

**AFFIRMANCE ON AUTHORITY OF PRIOR OPINION.** Affirmed on the authority of the Title Guaranty & Surety Co. v. Wm. Raymond Slinker, a Minor, by His Legal Guardian, A. Neely, ante, 128 Pac. 696.

(Syllabus by the Court.)

*Error from the District Court, Bryan County;*
*Summers Hardy, Judge.*

Action by Helen Slinker, a minor, by her legal guardian, A. Neely, against the Title Guaranty & Surety Company. Judgment for plaintiff, and defendant brings error. Affirmed.

*Kyle & Newman,* and *Edward C. Griesel,* for plaintiff in error.

*Chas. E. McPherren, Chas. P. Abbott,* and *Chas. B. Cochran,* for defendant in error.

KANE, J. This is an action upon a guardian's bond, commenced by Helen Slinker, a minor, by her legal guardian, A. Neely, against the former guardian and the Title Guaranty & Surety Company, surety upon his bond. The questions involved are identical with those decided by this court in the case of the *Title Guaranty & Surety Co. v. Wm. Raymond Slinker, a Minor, by his Legal Guardian, A. Neely, ante,* 128 Pac. 696.

Upon the authority of that case, the judgment in this case is affirmed.

All the Justices concur.